**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Randall Lee Wilmore
Gold, Weems, Bruser
P.O. Box 6118
Alexandria LA 71307-6118

Edward E. Rundell
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71301

Ricky L. Sooter
Attorney at Law
4615 Parliament Dr., Suite 202
Alexandria LA 71309-1791

Michael John O'Shee
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71307

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 30, 2020

**REHEARING ACTION: September 30, 2020**

**Docket Number: 20 00014-CA consolidated with  20-15 CA & 20-16 CA & 20-17 CA**

**SALINE LAKESHORE, L.L.C.**
**VERSUS**
**MARLON LITTLETON AND BENITA LITTLETON**

**Appealed from Avoyelles Parish Case No. 2016-2550-A**

**BEFORE JUDGES**:

   **Hon. Sylvia R. Cooks**
   **Hon. D. Kent Savoie**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Saline Lakeshore, L.L.C.** has this day been

   **DENIED.**

cc: Charles A. Riddle, III, Counsel for the Appellee